**HILL, FARRER & BURRILL LLP**
Scott L. Gilmore (Bar No. 082141)
Jeffrey B. Bell (Bar No. 269648)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

**OLSHAN FROME WOLOSKY LLP**
Lori Marks-Esterman (*pro hac vice to be submitted*)
Kyle J. Kolb (*pro hac vice to be submitted*)
1325 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 451-2300
Facsimile:    (212) 451-2222
lmarks-esterman@olshanlaw.com
kkolb@olshanlaw.com

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>QUADRE INVESTMENTS, L.P., a Delaware limited liability partnership,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | CASE NO.  18-mc-00118<br><br>*EX PARTE* **APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782**<br><br>**Expedited Consideration Requested** |

Quadre Investments, L.P. ("Petitioner") respectfully requests an order in the form attached hereto permitting Petitioner to obtain certain limited discovery under 28 U.S.C. § 1782 ("Section 1782") in connection with an appraisal proceeding pending in the Grand Court of the Cayman Islands (the "Appraisal Proceeding"), to which Petitioner is a party. In support of its application, Petitioner submits a

Memorandum of Points and Authorities and attaches the Declarations of Kyle J. Kolb (the "Kolb Declaration"), Nigel Keith Meeson QC, and Anthony Heaver-Wren and further states as follows:

1. Petitioner seeks the assistance of this Court to obtain discovery from Houlihan Lokey Capital, Inc. ("Respondent"). Petitioner's narrowly tailored requests are set forth in the subpoena attached as Exhibit 1 of the Kolb Declaration, and relate to the fair value of the shares of Nord Anglia Education, Inc. ("Nord Anglia") held by Petitioner and other dissenting shareholders, and the process leading to the sale of Nord Anglia. As set forth in the accompanying declarations, the discovery cannot be obtained in the Appraisal Proceeding, but Cayman courts are receptive to evidence obtained through 28 U.S.C. § 1782.

2. Section 1782 permits litigants in foreign proceedings to obtain discovery in the United States to assist in the foreign litigation. In particular, § 1782(a) states:

> The district court of the district in which a person resides or is found may order him to give his testimony or statement or to produce a document or other thing for use in a proceeding in a foreign or international tribunal, including criminal investigations conducted before formal accusation. The order may be made . . . upon the application of any interested person and may direct that the testimony or statement be given, or the document or other thing be produced, before a person appointed by the court.

3. The requirements of § 1782 are satisfied here. As explained in the accompanying submissions, (1) the Respondent is "found" in this District, (2) the discovery sought is to be used in the Appraisal Proceeding, and (3) Petitioner is an "interested person" in that proceeding.

4. As explained further in the accompanying Memorandum of Points and Authorities, this Application also meets the discretionary factors of § 1782: (1) the Respondent is not a party in the foreign proceeding, (2) Cayman courts are receptive to U.S. court assistance, (3) Petitioner is by no means attempting to

1  circumvent foreign proof-gathering restrictions, and (4) the document subpoena and
2  deposition topics are not unduly intrusive or burdensome. *See Intel Corp. v.*
3  *Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).
4      5. Thus, Petitioner respectfully requests that this Court expeditiously
5  grant its Application for an Order granting Petitioner leave to serve the Respondent
6  with the subpoena attached as Exhibit 1 to the Kolb Declaration, in accordance with
7  the Proposed Order submitted concurrently herewith.
8      6. Alternatively, Petitioner respectfully requests that the Court issue an
9  Order to Show Cause why Petitioner's Application and Proposed Order should not
10 be granted as soon as the matter can be heard.
11 WHEREFORE, Petitioner respectfully requests that this Court grant the
12 application.

DATED: September 7, 2018

HILL, FARRER & BURRILL LLP
Scott L. Gilmore
Jeffrey B. Bell


By: */s/ Jeffrey B. Bell*
    Jeffrey B. Bell

OLSHAN FROME WOLOSKY LLP
    Lori Marks-Esterman (*pro hac vice to be submitted*)
    Kyle J. Kolb (*pro hac vice to be submitted*)
    1325 Avenue of the Americas
    New York, New York 10019
    (212) 451-2300

Attorneys for Petitioner

*EX PARTE* APPLICATION FOR AN ORDER OF JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

4734078-1