**HILL, FARRER & BURRILL LLP**
Scott L. Gilmore (Bar No. 082141)
Jeffrey B. Bell (Bar No. 269648)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

**OLSHAN FROME WOLOSKY LLP**
Lori Marks-Esterman (*pro hac vice to be submitted*)
Kyle J. Kolb (*pro hac vice to be submitted*)
1325 Avenue of the Americas
New York, New York 10019
Telephone:  (212) 451-2300
Facsimile:   (212) 451-2222
lmarks-esterman@olshanlaw.com
kkolb@olshanlaw.com

Attorneys for Petitioner

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>QUADRE INVESTMENTS, L.P., a Delaware limited liability partnership,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | CASE NO. 18-mc-00118<br><br>**PETITIONER'S NOTICE OF INTERESTED PARTIES** |

Pursuant to Local Civil Rule 7.1-1, the undersigned counsel of record for Petitioner Quadre Investments, L.P. certifies that the following  listed parties  may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Quadre Investments, L.P.:**                    Petitioner.

**Houlihan Lokey Capital, Inc.:**          Respondent.

**Nord Anglia, Inc. ("Nord"):**          Petitioner in foreign proceeding.

**Baring Private Equity Asia Group Ltd.:**   Buyer of Nord.

**Canada Pension Plan Investment Board:**   Buyer of Nord.


 DATED: September 7, 2018                HILL, FARRER & BURRILL LLP
                                         Jeffrey B. Bell
                                         Scott L. Gilmore


                                         By:*/s Jeffrey B. Bell*
                                             Jeffrey B. Bell

                                         OLSHAN FROME WOLOSKY LLP
                                             Lori Marks-Esterman (*pro hac vice to be submitted*)
                                             Kyle J. Kolb (*pro hac vice to be submitted*)
                                             1325 Avenue of the Americas
                                             New York, New York 10019
                                             (212) 451-2300

                                             Attorneys for Petitioner

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147