1 **HILL, FARRER & BURRILL LLP**
Scott L. Gilmore (Bar No. 082141)
2 Jeffrey B. Bell (Bar No. 269648)
One California Plaza, 37th Floor
3 300 South Grand Avenue
Los Angeles, CA 90071-3147
4 Telephone: (213) 620-0460
Fax: (213) 624-4840
5
**OLSHAN FROME WOLOSKY LLP**
6 Lori Marks-Esterman (*pro hac vice to be submitted*)
7 Kyle J. Kolb (*pro hac vice to be submitted*)
1325 Avenue of the Americas
8 New York, New York 10019
Telephone: (212) 451-2300
9 Facsimile: (212) 451-2222
lmarks-esterman@olshanlaw.com
10 kkolb@olshanlaw.com

11 Attorneys for Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of | CASE NO. 18-mc-00118 |
| QUADRE INVESTMENTS, L.P., a Delaware limited liability partnership, | **RULE 7.1 DISCLOSURE STATEMENT** |
| Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Petitioner Quadre Investments, L.P. hereby states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

| | |
|---|---|
| DATED: September 7, 2018 | HILL, FARRER & BURRILL LLP<br>Jeffrey B. Bell<br>Scott L. Gilmore<br><br>By:*/s Jeffrey B. Bell*<br>    Jeffrey B. Bell<br><br>OLSHAN FROME WOLOSKY LLP<br>    Lori Marks-Esterman (*pro hac vice to be submitted*)<br>    Kyle J. Kolb (*pro hac vice to be submitted*)<br>    1325 Avenue of the Americas<br>    New York, New York 10019<br>    (212) 451-2300<br><br>Attorneys for Petitioner |