UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | MC 18-118-AB (GJSx) | Date | November 20, 2018 |
| Title | Quadre Investments, LP v. Houlihan Lokey Capital, Inc. | | |

Present: The Honorable   GAIL J. STANDISH, U.S. MAGISTRATE JUDGE

| E. Carson | XTR |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Jeffrey B. Bell | Charles W. Cox |
| Kyle J. Kolb | Kimberly K. Chemerinsky |
| Lori Marks-Esterman | |
| Ira Schochet | |

**Proceedings:**   Telephonic Hearing re Amended Application for Order of Judicial Assistance [Dkt. 23] ("Amended Application"); Order GRANTING in part and DENYING in part

The case is called, and appearances are stated for the record.

The Court confers with counsel regarding Petitioners' Amended Application [Dkt 23] and the Respondent's cross motion for protective order, and – having considered 28 U.S.C. §1782, the factors set forth in Intel Corp. v. Advanced MicroDevices, Inc., 542 U.S. 241, 246 (2004), as well as the balancing factors of the Federal Rules of Civil Procedure – grants both the application and cross motion in part and denies them in part, as follows:

Petitioners' request to take depositions pursuant to section 1728 is denied. To the same extent, Respondent's cross motion is granted.

The Court grants Petitioners' request for leave to serve a subpoena seeking limited document discovery. The scope of the discovery requests contained in Petitioners' present version of the subpoena is overbroad, however. Consequently, the Court orders the parties to meet and confer to narrow the requests in the following manner.

| | : | 38 |
|---|---|---|
| | Initials of Preparer | efc |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | MC 18-118-AB (GJSx) | Date | November 20, 2018 |
|---|---|---|---|
| Title | Quadre Investments, LP v. Houlihan Lokey Capital, Inc. | | |

1. Respondent shall produce a copy of its Engagement Letter associated with the appraisal and sale of Nord Anglia (the going private transaction) in the Cayman Islands forthwith. The Court intends "Engagement Letter" to be read broadly. If there is follow up correspondence narrowing or expanding the scope of the engagement or setting forth more specifically the tasks Respondent was to perform, these must be produced as well.

2. Petitioners shall provide to Respondent, a list of preferred search terms regarding information sought for production.

3. Respondent shall provide to Petitioners a list of custodians who worked on the Nord Anglia engagement, including job descriptions/roles for those persons involved with the appraisal and sale and any related activities.

The parties shall exchange the information in paragraphs 2 and 3 no later than Friday, November 30, 2018, at which time the first biweekly joint status report shall be filed. Every second Friday thereafter, the parties shall file another status report.

Petitioners and Respondent shall equally share in the costs of production. If *changed circumstances* warrant further cost shifting, either party may apply to the Court for reconsideration of the cost arrangement. Any such application shall be by fully noticed motion pursuant to the Local Rules (including the Local Rule meet and confer requirements) without need for the parties to comply with the Court's procedures for a telephonic pre-discovery motion. All other disputes are to be brought to the Court's attention following the Court's procedures that require the pre-motion telephonic hearing.

**IT IS SO ORDERED.**

|  | : | 38 |
|---|---|---|
| Initials of Preparer | | efc |