# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. MC 18-118-AB (GJSx)　　　　　　Date 7/3/2019

Title: Quadre Investments, LP v. Houlihan Lokey Capital, Inc.

Present: The Honorable GAIL J. STANDISH, UNITED STATES MAGISTRATE JUDGE

| E. Carson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　None Present

Proceedings:　☐ In Court　　☒ In Chambers　　☒ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Case is dismissed pursuant to Status Report [Dkt. 71]

☐ Entered _____.

Initials of Preparer　efc